IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: October 19, 2015

| | | |
|---|---|---|
| Marcella Regan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-958-D |
| | ) | |
| Discover, | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

     Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss [Doc. No. 6] is hereby stricken for failure to comply with LCVR 7.1(h) and ECF Polices and Procedures Manual section II.G.2 as the Court has not received a proposed order granting the motion.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

                                       Carmelita Reeder Shinn, Clerk

                                       By: /s/ Mike Bailey
                                              Deputy Clerk

Copies to all parties of record